# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. HERNANDEZ, | Case No. 1:25-cv-01927-BAM (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* |
| v. | (ECF No. 2) |
| FCJ ADA DEPARTMENT, *et al.*, | ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY FRESNO COUNTY JAIL |
| Defendants. | |

Plaintiff Joseph A. Hernandez ("Plaintiff") is a county jail inmate proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983.

On December 18, 2025, Plaintiff filed a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF No. 2.)

Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed *in forma pauperis* will be granted.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account.  The Fresno County Jail is required to send to the Clerk of the Court payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis*, (ECF No. 2), is GRANTED;

2. **The Warden/Sheriff of the Fresno County Jail or his or her designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action;**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Warden/Sheriff of the Fresno County Jail, via the United States Postal Service; and

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated:   **January 20, 2026**          /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE

2