**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH A. HERNANDEZ, | No.  1:25-cv-01927 KES BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT PREJUDICE, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| FCJ ADA DEPARTMENT, *et al.*, | |
| Defendants. | Doc. 8 |

Joseph A. Hernandez is a county jail inmate proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Hernandez failed to provide a proper mailing address, and the Court's mail has been returned undeliverable.  The magistrate judge found Hernandez failed to comply with Local Rule 183(b) and failed to prosecute the action.  Doc. 8 at 2.  The magistrate judge found terminating sanctions appropriate after considering the factors identified by the Ninth Circuit in *Carey v. King*, 856 F.2d 1439, 1440 (9th Cir. 1988), and recommended the Court dismiss the action without prejudice.  *Id.* at 2-3.

On March 3, 2026, the Court served the findings and recommendations on Henderson at the only mailing address on record, with a notice that any objections were to be filed within 14 days.  Doc. 8 at 3.  Although the U.S. Postal Service returned the mail as "Undeliverable, Return to Sender, Refused, Unable to Forward" on March 25, 2026, service is deemed fully effective pursuant to Local Rule 182(f).

1

In accordance with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review.  Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and by proper analysis.  The Court remains unable to communicate with Henderson, as he has not filed a notice of change of address as required under Local Rule 183(b).

The Court **ORDERS**:

1.      The findings and recommendations issued on March 3, 2026 (Doc. 8) are **ADOPTED** in full.

2.      This action is **DISMISSED** without prejudice.

3.      The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

   Dated:    March 30, 2026    

_____
UNITED STATES DISTRICT JUDGE

2